# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, *et al.*,<br><br>        Defendants. | 2:17-cv-02405-APG-CWH<br><br>**ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION SCHEDULED FOR JANUARY 25, 2018** |

    The Court recently rescheduled the ENE session to January 25, 2018. (ECF No. 10). In preparation for the ENE session, the attorneys for each party, and the parties appearing *pro se*, if any, must submit a confidential written evaluation statement for the Court's in camera review.

    The written evaluation statements must be delivered directly to my chambers, U.S. Magistrate Judge Cam Ferenbach, in a sealed envelope-MARKED CONFIDENTIAL AND **DO NOT FILE**, not later than **4:00 p.m., January 18, 2018. DO NOT MAIL THEM TO THE CLERK'S OFFICE. DO NOT SERVE A COPY ON OPPOSING COUNSEL.**

DATED this 27th day of November, 2017.

                                                                  CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE