Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
Derek Li CA SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>Defendant. | Case No: 2:17-cv-02405-RFB-CWH<br><br>**STIPULATION AND REQUEST TO STAY DISCOVERY PENDING SETTLEMENT EFFORTS; [PROPOSED] ORDER; CERTIFICATE OF SERVICE**<br><br>**(First Request)** |

-1-

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" of Plaintiff) and Defendant Wynn Las Vegas, LLC ("Wynn" or Defendant), by and through their undersigned counsel, stipulate to the following:

1. On September 14, 2017, the EEOC filed its Complaint against Defendant alleging disability discrimination in violation of the American with Disabilities Act of 1990 ("ADA"), as amended by the ADA Amendment Act of 2008 ("ADAAA"). (ECF No. 1). On November 3, 2017, Defendant Wynn filed its Answer to the Plaintiff's Complaint. (ECF No. 6). Local Rule 26-1 sets forth the various deadlines for the scheduling of the Rule 26(f) conference of counsel, the filing of the discovery plan and scheduling order, and the presumptive discovery period of 180 days from the date of defendant's answer or appearance.

2. On November 3, 2017, the Court scheduled for December 7, 2017 an Early Neutral Evaluation Session before Magistrate Judge Ferenbach. (ECF No. 8). On November 27, 2017 upon stipulation by the Parties, Magistrate Judge Ferenbach continued the Early Neutral Evaluation to January 25, 2018. (11/27/17 Order, ECF No. 11).

3. The Parties have started engaging in settlement discussions to resolve the case before they have to expend significant resources in discovery. On December 7, 2017, the Parties had a face-to-face meeting to discuss issues pertaining to settlement. Based on that discussion, the Parties have agreed to continue settlement discussions and to consider proposals to resolve the case.

4. On December 11, 2017, the Parties held their Fed. R. Civ. P. 26(f) meeting of counsel. During the meeting, the Parties agreed that a brief stay of discovery would be conducive to settlement so that the Parties could focus its resources to settle the case without the pressure of having to start conducting discovery. Thus, the Parties stipulate as follows:

//
//

    a.     Discovery is stayed until February 8, 2018, two weeks after the presently scheduled Early Neutral Evaluation on January 25, 2018 before Magistrate Judge Ferenbach.

    b.     The Parties shall schedule a Fed. R. Civ. P. 26(f) conference by February 8, 2018.

    c.     The Parties shall file their Stipulated Discovery Plan and Scheduling Order by February 15, 2018.

Dated: December 15, 2017

*/s/ Derek W. Li*
Derek W. Li
U.S. EEOC
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
Attorneys for Plaintiff

Dated: December 15, 2017

*/s/ Scott M. Abbott*
Scott M. Abbott   #4500
Jen. J. Sarafina   #9679
Kamer Zucker Abbott
3000 West Charleston Blvd., Suite 3
Las Vegas, NV 89102
Telephone: (702) 259-8640
Facsimile: (702) 259-8646
Attorneys for Defendant Wynn Las Vegas, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/18/17

_____
HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE